## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JACQUELINE L. TOMLIN,

    Plaintiff,

v.                                 Case No. 2:11-cv-13427

BAC HOME LOANS SERVICING, L.P.,

    Defendant.
                                          /

### ORDER OF DISMISSAL

On November 28, 2011, the parties notified the court that they have reached a mutually agreeable settlement of this matter. Accordingly,

IT IS ORDERED that this action is DISMISSED without prejudice. Either party can move to reopen this case by **February 28, 2012,** if settlement is not finalized. **After February 28, 2012,** this dismissal will be with prejudice.

                                        s/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: November 29, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 29, 2011, by electronic and/or ordinary mail.

                                        s/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522